# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

### CIVIL RIGHTS COMPLAINT



FILED
2019 JUN 19 P 12:32
US DISTRICT COURT
HARTFORD CT

Mr Willie R Griffin
1055 N. Vignes St
Los Angeles Ca, 90012
Plaintiff(s),
(Full name(s); Do not use *et al.*)

v.
Passport Center
7101 S. Central Ave
Los Angeles Ca, 90001
Passport Center Processing
Charleston Passport
4813 Mercure Ct Sterling Virginia 20166
Po Box 1031
Dmv La Brae a Inglwood
Ca,
Drive license Dmv
P.o Box 942090 Sacramento Ca 94290
Nashvillie Tenesse
Dmv DVi
Los Vegas Ne Police Det

Case No. 3:19cv953 VAB
(To be supplied by the court)

Defendant(s).
(Full name(s) and capacity, e.g., official capacity, individual capacity, or official and individual capacitites) (Do not use *et al.*)

## A. PARTIES

1. Willie R Griffin is a citizen of Unite State who
   (Plaintiff)                        (State)
   presently resides at 1055 N. Vigners St
                        (mailing address)

2. Defendant Passport center is a citizen of Unite State
              (name of first defendant)                  (State)
   whose address is 7101 S. Center Ave LA Ca 90001
   and who is employed as Passport center
                          (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes  ✓ No. If your answer is "Yes," briefly explain:
_thay are disonst people siad that thay will return imporeten Document and never will Roddery_

3. Defendant _Possport center Processing_ is a citizen of _unite State_
   (name of second defendant)                                    (State)

whose address is _44172 mercure circle P.o Box 1031 sterling virginia 20166_
and who is employed as _Charleston Passport_
   (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes  ✓ No. If your answer is "Yes," briefly explain:
_Thay are Holding the passport, and Document and never heturn them and money_

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

   _____ 42 U.S.C. § 1983 (applies to state defendants)

   _____ **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

Dmv La Braea inglwood Ca;
Dmv sacramento
P.o Box 942890
saramento Ca 94290
Nashvillie tehenesse
Dmv Dvi
Los vegas ne Police Det



## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. Civil matter

I am shing 7 differen agenece.
Refusin to send passport, Brith Certific to me.
I would like to have my orginal Brith Certific back.
it been 90 day. Refuse Drive licen se that I pay for.
fraud thay do have a Law in Nashville Tenessee I have
to pay a non moving voilalation or thay will stop me for
Renewing license. I it is in a nother state. Which thay got
on in Califormia. illegal Reading my mail that I send to
other Business. Police in Los vegas say that git me a tickit
5 year ago in Los vegas. When I never was in Los vegas.
my money that I have intitlement never been send to me.
by the supreme court. Can not use paper.

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** was volation of my constitutional fear
business act, and trade Act, and sale.
and Robby for money, and importen Docment

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

I call the passport appleation number that thay tole
me to a life a massion state thay the law thay of the
white state expire License is valid ID, thay never
send me a passport. I did take to a Denial and
him the same the. The number he gave me was omen and chairol
thay say it not the Law I say it is the. scent that did not
send the passport.
I to the DMV and thay say tenessee have the hole for I walks
across the street. I say that do not thay say that do
thay say thay can not release my license after I pay for then
I say you can.
I call tenessee DMv thay tole I have pay thet tickit
I say I do not.
Call the police Det thaer in Los vegas, and ask for
a copy of the tictit, and Tole me thay will not send it
I sead that that, pra foawd and siag that they are not
my money from the suprime cort on siterne.
send to my Bank. To have the of of

**Claim II**: _____

_____

_____

Supporting Facts:

**Claim III**: _____

_____

_____

Supporting Facts:

How Can I git my money for my win.

I have 4 titlement that I send to the suspreme Court 7 year. Asking for $3 brillion Dollar of my money to be send Deirect Depost of count whict the suprime Court have the information in my file. Which have the address to my master Card Bank of soical Security for I can use any time I want. Could you,0o will git that information. and put on my master Card for me. If you Can not send me of win 110 thousand Dollar to me in 3 cheek. I can not see any other way me Ca do this. if you know how can git my money let me know? paser will not work.

## E. REQUEST FOR RELIEF

I request the following relief:

~~[struck through text]~~

I belive these people should be jail.
I belive there people are tring stop Document.
I belve that that tring License
I belve that that trihg stop me from gitting money
from the supreme Cuaot.

## F. JURY DEMAND

Do you wish to have a jury trial?  Yes ____   No ✓

_Willie R Griffin_
Original signature of attorney (if any)

_Willie R Griffin_
**Plaintiff's Original Signature**

Willie R Griffih
Printed Name

Willie R Griffin
Printed Name

( ) Willie R Griffih
Attorney's full address and telephone

( ) 1055 N Vignes St LA Ca.
Plaintiff's full address and telephone

Email address if available

Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _California_ on _5/16/2019_.
          (location)                (date)

_Willie R Griffin_
**Plaintiff's Original Signature**

(Rev. 3/21/16)

5